IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HORNADY MANUFACTURING COMPANY,**<br><br>            Plaintiff,<br><br>      v.<br><br>**HEIZER FIREARMS, LLC; HEIZER DEFENSE, LLC; and CENTRAL HOLDING CORP.,**<br><br>            Defendants, | Case No. 4:12-cv-03117-WKU-CRZ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO HEIZER DEFENSE, LLC** |

Pursuant to Fed. R. Civ. P. 41(a), and the parties' stipulation,

**IT IS HEREBY ORDERED** that all claims Plaintiff Hornady Manufacturing Company ("Hornady") has asserted against Defendant Heizer Defense, LLC ("Heizer Defense") and all counterclaims Heizer Defense has asserted against Hornady in this action are hereby dismissed with prejudice, as fully resolved through a settlement, with each party to bear its respective attorneys' fees.

This Order of Dismissal only applies to Heizer Defense and to no other defendant.

DATED this 17th day of December, 2012.

*[signature]*
Warren K. Urbom
United States District Court Judge

5880644_1.DOCX