IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HORNADY MANUFACTURING COMPANY, a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HEIZER FIREARMS, LLC, a Missouri limited liability company;  and  CENTRAL HOLDING CORP., a Missouri corporation;<br><br>Defendants. | 4:12CV3117<br><br>**AMENDED PROGRESSION ORDER** |

The parties' joint motion, (Filing No. 48), is granted and the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Warren K. Urbom, Senior United States District Judge, in Courtroom 4, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **January 6, 2014**, or as soon thereafter as the case may be called, for a duration of seven (7) trial days. A conference with counsel will be held in Judge Urbom's chambers at 8:30 a.m. on the first day of trial.  Jury selection will be held at commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **December 17, 2013** at **9:00 a.m.**, and will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on December 17, 2013.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **June 11, 2013** at **1:00 p.m.** to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 28, 2013.  Motions to compel Rule 33 through 36 discovery must be filed by May 13, 2013.

5) The deadline for identifying expert witnesses expected to testify at the trial for the party with the burden of proof on an issue is May 1, 2013, with any rebuttal experts identified by May 15, 2013.

6) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the party with the burden of proof on an issue: June 28, 2013
> For rebuttal disclosures: July 26, 2013

7) The deposition deadline is May 28, 2013.

8) The deadline for filing motions to dismiss and motions for summary judgment is September 13, 2013.

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 30, 2013.

January 7, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge