IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HORNADY MANUFACTURING COMPANY, a Nebraska Corporation | Case No. 4:12-cv-03117-CRZ |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| HEIZER FIREARMS, LLC, a Missouri Limited liability company; and CENTRAL HOLDING CORP., a Missouri Corporation. | |
| Defendants. | |

This matter comes before the Court on Plaintiff Hornady Manufacturing Company and Defendants Heizer Firearms, LLC and Central Holding Corp.'s Joint Stipulation For Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court, being fully advised in the premises, finds that the above captioned action, including all counterclaims, should be dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action, including all counterclaims, is dismissed with prejudice, with each party to bear its own costs, complete record waived.

DATED this 26th day of March, 2013.

BY THE COURT:

_____
Warren K. Urbom
United States Senior District Judge